**MUTUAL TRUCKING COMPANY, Appellant, v. James A. BRADY, Individually and as Acting Collector of Internal Revenue, Appellee.**

No. 9034.

Circuit Court of Appeals, Sixth Circuit.

June 2, 1942.

Wilbur E. Benoy, of Columbus, Ohio, and Otto L. Hankison, of Toledo, Ohio, for appellant.

Don C. Miller, of Cleveland, Ohio, John Paul Manton, of Toledo, Ohio, Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., for appellee.

Before HICKS, HAMILTON, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of the record, briefs and argument of counsel, and on consideration whereof it is here and now ordered and adjudged that the judgment be reversed on the authority of Midwest Haulers, Inc., Otto L. Hankison, as Receiver of Midwest Haulers, Inc., v. James A. Brady, Individually and as Acting Collector of Internal Revenue, 6 Cir., 128 F.2d 496, this day decided, and this cause is remanded to the District Court for proceedings consistent with the above opinion.

■

**NATIONAL LABOR RELATIONS BOARD v. CHILDRESS ROYALTY COMPANY, a Corporation.**

No. 2573.

Circuit Court of Appeals, Tenth Circuit.

June 16, 1942.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Loyd E. Roberts, of Joplin, Mo., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Consent decree enforcing the order of the Board entered pursuant to stipulation of the parties.

■

**NATIONAL LABOR RELATIONS BOARD v. KANSAS UTILITIES COMPANY.**

No. 2529.

Circuit Court of Appeals, Tenth Circuit.

June 16, 1942.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Douglas Hudson, of Fort Scott, Kan., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Petition for enforcement dismissed on application of petitioner, pursuant to stipulation of the parties.